PEOPLE, Respondent, v. ROTHENBERG, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Proceeding by the People of the State of New York against Bruno Rothenberg. C. L. Jordan, of New York City, for appellant. J. W. Osborne, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 155 App. Div. 898, 140 N. Y. Supp. 1137.

PEOPLE v. SCHOLZ. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against Henry Scholz. No opinion. Motion granted, on default.

PEOPLE, Respondent, v. SIMMONS, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Proceeding by the People of the State of New York against Joseph Simmons. A. Levy, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. STERNBACH, Appellant. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Proceeding by the People of the State of New York against Isidor Sternbach. G. A. Rogers, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. STRONG et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Proceeding by the People of the State of New York against Nat. C. Strong and others. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. SWERSKY et al. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Proceeding by the People of the State of New York against Max Swersky and another. No opinion. Motion denied. Settle order on notice.

PEOPLE, Respondents, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Proceeding by the People of the State of New York against John Thompson.
PER CURIAM. Judgment of conviction of the County Court of Kings County reversed, and new trial ordered, because the court erred in admitting testimony as to subsequent offenses by the defendant upon the person of the female involved. People v. Robertson, 88 App. Div. 198, 84 N. Y. Supp. 401. See, also, 159 App. Div. 917, 144 N. Y. Supp. 1137; 146 N. Y. Supp. 1106.
THOMAS, J., dissents.

PEOPLE, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against John Thompson. No opinion. Motion granted. See, also, 146 N. Y. Supp. 1106.

PEOPLE v. WEGMANN. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against Joseph Wegmann. No opinion. Motion granted, on default.

PEOPLE, Respondent, v. WILLINGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Proceeding by the People of the State of New York against Morris Willinger. No opinion. In view of the exceptional circumstances of this case, the motion is granted; but we request that the transcript of the minutes furnished us be the first impression, if possible.

PEOPLE v. WILSON. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Proceeding by the People of the State of New York against John Wilson. No opinion. Motion granted, on default.

PEOPLE, Respondent, v. ZACCARIA, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Proceeding by the People of the State of New York against Salvatore Zaccaria. J. Weber, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE ex rel. ARDEN v. GALLAGHER et al. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Proceeding by the People of the State of New York, on the relation of Juliette Arden, against Frank Gallagher and others. No opinion. Motion denied. Order filed. See, also, 144 N. Y. Supp. 900.

PEOPLE ex rel. CALKINS v. BOARD OF SUP'RS OF ALBANY COUNTY et al. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Proceeding by the People of the State of New York, upon the relation of James S. Calkins, against the Board of Supervisors of the County of Albany, as the Board of Canvassers of the County of Albany, and another. No opinion. Motions in two cases granted, with $10 costs in one case.

PEOPLE ex rel. CONEY ISLAND JOCKEY CLUB v. PURDY et al. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Proceeding by the People of the State of New York, on the relation of the Coney Island Jockey Club, against Lawson